UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JUAN MANUEL FUENTES
LOPEZ,

      Petitioner,

    v.                         Case No.:  2:26-cv-01548-SPC-KRH

JUAN AGUDELO *et al.*

      Respondents,

                           /

## OPINION AND ORDER

Before the Court is Juan Manuel Fuentes Lopez's Petition for Writ of Habeas Corpus (Doc. 1).  Fuentes Lopez challenges the lawfulness of his detention by Immigration and Customs Enforcement.  But the petition is unsigned.  "Application for a writ of habeas corpus shall be in writing *signed and verified* by the person for whose relief it is intended or by someone acting in his behalf."  28 U.S.C. § 2242.

Accordingly, Fuentes Lopez's petition is **DISMISSED without prejudice**.  Fuentes Lopez may file a signed and verified amended petition within **21 days** of this order.  Otherwise, the Court will enter judgment and close this case without further notice.

**DONE AND ORDERED** in Fort Myers, Florida on May 13, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties or Record